UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KRISTOPHER THOMAS, ) | Case No. CV 14-0093-AJW |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | JUDGMENT |
| JOHN SOTO, Warden, ) | |
| ) | |
| Respondent. ) | |
| _____) | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed as untimely.

Dated: May 20, 2014

_____
Andrew J. Wistrich
United States Magistrate Judge